UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JAMES MICHAEL COHEN<br>v.<br>CITY OF JASPER, FLORIDA | CASE NO. 3:15-cv-133-J-34JRK |

<u>Counsel for Plaintiff</u>:
David Collins

<u>Counsel for Defendant</u>:
Meagan Logan
Michael Spellman

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles       Court Reporter: Cindy Packevicz Jarriel

**CLERK'S MINUTES**

PROCEEDINGS OF: FINAL PRETRIAL CONFERENCE

By **July 29, 2016**, Plaintiff shall file Exhibit Nos. 14, 15, and 16 with the Court.

Plaintiff's Amended Motion in Limine (Dkt. No. 81) is **DENIED**.

Defendants' Daubert Motion to Exclude Expert Testimony of Charles Drago and Memorandum of Law (Dkt. No. 50) is **DENIED, in part, and DENIED without prejudice, in part,** as stated on the record.

Defendants' Motion in Limine to Bar Reference to Cohen's Returning Wages Made From the City and County to the Community (Dkt. No. 85) is **GRANTED**.

Defendants' Motion in Limine to Bar Reference to the Disposition of Plaintiff's Underlying Criminal Case (Dkt. No. 84) is **GRANTED, in part, and DENIED, in part,** as stated on the record.

The parties anticipate 2 days for trial excluding jury selection.

The parties shall confer and file a joint notice no later than **July 25, 2016**, advising the Court as to whether they agree to the Magistrate Judge selecting the jury.

The Court will ask Judge Klindt to schedule a telephonic status conference to discuss the possibility of a settlement conference.

Juror note taking will be permitted.

The Court will instruct the jury prior to closing arguments.

The parties intend to invoke the rule at the start of jury selection.

**Order Scheduling Trial to enter.**

DATE: July 18, 2016        TIME: 10:05 a.m. - 11:12 a.m.        TOTAL: 1 Hour, 7 Minutes